# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | **4:95CR3054** |
| ) | |
| vs. ) | |
| ) | |
| ) | **JUDGMENT** |
| **JAMES KEITH LOVELESS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

In accordance with the Memorandum and Order filed on this date,

THEREFORE, IT IS ORDERED:

1. The Defendant's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Filing No. 128) is denied;

2. The Clerk is directed to mail a copy of this Memorandum and Order to the Defendant at his last known address.

DATED this 9th day of February , 2006.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge