IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:95CR3054 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES KEITH LOVELESS, | ) | NOTICE OF WRIT OF AUDITA QUERELA |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States Attorney is notified of the filing on August 31, 2009, of a Writ of Audita Querela pursuant to 28 U.S.C. § 1651, filing 137. The United States shall have until October 15, 2009, in which to respond.

Dated September 1, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge