IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,   )<br>  )<br>v.   )<br>  )<br>JAMES KEITH LOVELESS,   )<br>  )<br>   Defendant.   )<br>  ) | 4:95CR3054<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE ANSWER TO RESPONDENT'S RESPONSE TO DEFENDANT'S WRIT OF AUDITA QUERELA [PURSUANT TO 28 U.S.C. § 1651] |

   IT IS ORDERED that the Request for Extension of Time to File Answer to Respondent's Response to Defendant's Writ of Audita Querela [Pursuant to 28 U.S.C. § 1651], filing 140, is granted and the defendant shall on or before December 15, 2009, file and serve his reply to the government's response regarding the request for a Writ of Audita Querela.

   Dated November 4, 2009.

                              BY THE COURT


                              s/ Warren K. Urbom
                              United States Senior District Judge