IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:95CR3054 |
| v. | ) | |
| JAMES KEITH LOVELESS, | ) | JUDGMENT |
| Defendant. | ) | |

In accordance with the "Memorandum and Order on Defendant's Petition for a 'Writ of Audita Querela,'"

**IT IS ORDERED** that judgment is entered for the United States of America and against the defendant, James Keith Loveless, and the defendant's petition for a writ of audita querela, which has been interpreted to be a successive motion to vacate, set aside, or correct the defendant's sentence pursuant to 28 U.S.C. § 2255, filing 137, is denied.

Dated February 8, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge

1