IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:95-CR-3054 |
| vs. | |
| JAMES KEITH LOVELESS, | JUDGMENT |
| Defendant. | |

In accordance with the accompanying memorandum and order, the defendant's Motion to Correct and Reduce Sentence (filing 151), which the Court has construed as a motion to vacate, set aside, or correct the defendant's sentence pursuant to 28 U.S.C. § 2255, is dismissed.

Dated this 9th day of June, 2014.

BY THE COURT:

_____
John M. Gerrard
United States District Judge